Grochocinski v. Mayer Brown Rowe & Maw LLP et al    Doc. 4

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM



NOTE: In order to appear before this Court an attorney standing of this Court's general bar or be granted leave by Local Rules 83.12 through 83.14.

**06CV5486**
**JUDGE KENDALL**
**MAG. JUDGE DENLOW**

In the Matter of

DAVID GROCHOCINSKI (as Chapter 7 trustee for the bankruptcy estate of CMGT, INC.) v. MAYER BROWN ROWE & MAW LLP, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, MAYER BROWN ROWE & MAW LLP

**FILED**
OCT 1 0 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Steven J. Ciszewski | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM Novack and Macey LLP | |
| STREET ADDRESS 100 North Riverside Plaza, Suite 1500 | |
| CITY/STATE/ZIP Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6255749 | TELEPHONE NUMBER (312) 419-6900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

Dockets.Justia.com