IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

DAVID GROCHOCINSKI, not individually )
but solely in his capacity as the Chapter 7 )
Trustee for the bankruptcy estate of )
CMGT, INC., )
                                                                                             Plaintiff, )
                                                                                             v. )    No. 06 C 5486
)
MAYER BROWN ROWE & MAW LLP, )    Judge Virginia M. Kendall
RONALD B. GIVEN and CHARLES W. )
TRAUTNER, )
)
                          Defendants. )

## AMENDED NOTICE OF MOTION

To:    Edward T. Joyce
        Arthur W. Aufmann
        Robert D. Carroll
        EDWARD T. JOYCE & ASSOC., P.C.
        11 South LaSalle Street, Suite 1600
        Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on **November 28, 2006 at 9:00 a.m**, or as soon thereafter as counsel may be heard, I shall appear before Honorable Judge Virginia M. Kendall, or any judge sitting in her stead, in the courtroom usually occupied by her at the United States District Court, 219 South Dearborn Street, Room 2319, Chicago, Illinois, and then and there present the attached **Unopposed Motion for Leave to File Twenty-Page Brief**, a copy of which is hereby served upon you.

                                                        Respectfully submitted,

                                                        MAYER BROWN ROWE & MAW LLP AND
                                                        RONALD GIVEN

                                                          /s/ Mitchell L. Marinello
                                                         One Of Their Attorneys

Stephen Novack
Mitchell L. Marinello
Steven J. Ciszewski
Novack and Macey LLP
100 N. Riverside Plaza
Chicago, IL 60606
(312) 419-6900

Dockets.Justia.co

## CERTIFICATE OF SERVICE

    Mitchell L. Marinello, an attorney, hereby certifies that he caused a true and correct copy of the foregoing **Notice to Motion** by electronically filing the document with the Clerk of Court using the ECF system to:

>Edward T. Joyce
>Arthur W. Aufmann
>Robert D. Carroll
>EDWARD T. JOYCE & ASSOC., P.C.
>11 S. LaSalle St.
>Chicago, IL 60603

on this 21st day of November, 2006.

                                             /s/ Mitchell L. Marinello
                                              Mitchell L. Marinello