# EXHIBIT C

Dockets.Justia.com

FORM B5.
(6/90)

## FORM 5.   INVOLUNTARY PETITION

| United States Bankruptcy Court | INVOLUNTARY PETITION |
|---|---|
| Northern District of Illinois | |

| IN RE (Name of Debtor - If Individual: Last, First, Middle) | ALL OTHER NAMES used by debtor in the last 6 years (Include married, maiden, and trade names.) |
|---|---|
| CMGT, Inc., a Delaware corporation | CareManagement.com<br>CareManagement.com Inc. |
| Last four digits of Soc. Sec. No./Complete Tax I.D. No. | |

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| 2 S. 647 White Birch Lane, Wheaton, IL 60187 | |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS: DuPage | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

[✓] Chapter 7    [ ] Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
[ ] Debts are primarily consumer debts
[✓] Debts are primarily business debts (complete sections A and B)

TYPE OF DEBTOR
[ ] Individual    [ ] Corporation Publicly Held
[ ] Partnership   [✓] Corporation Not Publicly Held
[ ] Other: _____

A. TYPE OF BUSINESS (Check one)
[✓] Professional        [ ] Transportation    [ ] Commodity Broker
[ ] Retail/Wholesale    [ ] Manufacturing/Mining  [ ] Construction
[ ] Railroad            [ ] Stockbroker       [ ] Real Estate
                                              [ ] Other

B. BRIEFLY DESCRIBE NATURE OF BUSINESS

Provide management services to businesses related to Human Resources

### VENUE

[✓] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

1. [✓] Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. [✓] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. [✓] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;
   or
b. [ ] Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 08/25/2004
Time: 15:29:09
Debtor: CMGT INC
Case: 04-31669      Fee : 209
Chapter: 7 Rec. # : 3097899
Judge: John Squires

1:04BK31669-BK001

FORM 5 Involuntary Petition (6/92)

Name of Debtor _____

Case No. _____

(court use only)

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner _____ Date Signed _____

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney                          Date
L. Judson Todhunter/DEFREES & FISKE LLC
Name of Attorney Firm (If any)
200 South Michigan Avenue, Suite 1100, Chicago, IL 60604
Address
312/372-4000
Telephone No.

X /s/ R. Gerard Spehar, Pres. & Member
Signature of Petitioner or Representative (State title)
R. Gerard Spehar, Pres. and Member
Name of Petitioner    Date Signed: August 20, 2004

Name & Mailing Address of Individual Signing in Representative Capacity
Spehar Capital, LLC,
1625 Grandview Ave., Glendale, CA 91201

X _____
Signature of Attorney                          Date
Steven A. Klenda/Steven A. Klenda LLC
Name of Attorney Firm (If any)
1600 Broadway St., Suite 2600, Denver, CO 80202
Address
303/832-1800
Telephone No.

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner _____ Date Signed _____

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney                          Date

Name of Attorney Firm (If any)

Address

Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Spehar Capital, LLC, 1625 Grandview Ave., Glendale, CA 91201 | SEE ATTACHED | SEE ATTACHED |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>SEE ATTACHED |

___1___ continuation sheets attached

FORM 5 Involuntary Petition
(6/92)

Name of Debtor _____

Case No. _____
(court use only)

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner          Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

X _____[signature]_____ 8-24-04
Signature of Attorney          Date
L. Judson Todhunter/DEFREES & FISKE LLC
Name of Attorney Firm (If any)
200 South Michigan Avenue, Suite 1100, Chicago, IL 60604
Address
312/372-4000
Telephone No.

X _____
Signature of Petitioner or Representative (State title)
R. Gerard Spehar, Pres. and Member

Name of Petitioner          Date Signed

Name & Mailing    Spehar Capital, LLC,
Address of Individual
Signing in Representative
Capacity           1625 Grandview Ave., Glendale, CA 91201

X _____[signature]_____ 08/24/04
Signature of Attorney          Date
Steven A. Klenda/Steven A. Klenda LLC
Name of Attorney Firm (If any)
1600 Broadway St., Suite 2600, Denver, CO 80202
Address
303/832-1800
Telephone No.

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner          Date Signed

Name & Mailing
Address of Individual
Signing in Representative
Capacity

X _____
Signature of Attorney          Date

Name of Attorney Firm (If any)

Address

Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Spehar Capital, LLC, 1625 Grandview Ave., Glendale, CA 91201 | SEE ATTACHED | SEE ATTACHED |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims
SEE ATTACHED

___1___ continuation sheets attached

## Continuation Sheet #1

Name and Address of Petitioner:
   Spehar Capital, LLC, 1625 Grandview Ave., Glendale, CA  91201

Nature of Claim:
   Unsecured deficiency, in excess of jurisdictional minimum stated in 11 U.S.C. §303(b)(2), remaining from Secured Judgment

Amount of Unsecured Claim:
   At least $12,500.00, or an amount in excess of jurisdictional minimum stated in 11 U.S.C. §303(b)(2)

Total Amount of Petitioners' Unsecured Claim:
   At least $12,500.00, or an amount in excess of jurisdictional minimum stated in 11 U.S.C. §303(b)(2)

# EXHIBIT D

ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No.: 04 B 31669 |
| CMGT, INC. | ) |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |

AT WHEATON, IL BEFORE THE HONORABLE JOHN SQUIRES, US BANKRUPTCY JUDGE, THIS 2nd DAY OF September, 2005

This matter coming before the Court on the Application of the Trustee to Enter into Post-petition Secured Financing and for Other Relief ("**Application**"), due notice having been given, no objections having been filed and the Court being otherwise advised in the premises:

IT IS HEREBY ORDERED:

1. The Application be, and the same hereby is, GRANTED.

2. Spehar Capital, LLC ("**Spehar**") shall advance to the chapter 7 estate of Debtor, CMGT, Inc. ("**Estate**") the sum of $5,000.00 within ten business days of the delivery of this Order to Spehar or its counsel.

3. Spehar shall advance additional sums to the Estate upon the Trustee's written request for such an advance that is accompanied by a generalized statement as to the Trustee's expenditures to the date of the additional request and a brief statement as to the reasons for the requested additional advance. Provided, however, that: (a) the Trustee's statement of reasons for the requested additional advance shall not serve as the basis for Spehar to withhold any requested advance; (b) Spehar is not required to advance more than a total of $5,000 to the estate under this provision, until and unless the Trustee provides Spehar with written confirmation from the special counsel that the Trustee has moved or will move to employ (Edward T. Joyce & Associates, P.C.) that the special counsel has committed to proceed with one or more of the causes of action that the Trustee has retained special counsel to evaluate; and (c) Spehar's total liability for any and all advances made or requested pursuant to this Order (including Spehar's initial advance of $5,000.00) shall not exceed $18,500.

4. The Estate shall use Spehar's initial advance to (a) obtain all documents that have been produced to or made available to the Trustee related to any cause of action that the Trustee is pursuing, or is considering pursuing, and deliver said documents to the special counsel and (b) offset any cost or expense of administering the Estate.

5. Any and all advances by Spehar to the Estate shall: (a) accrue interest at the minimum Applicable Federal Rate as published by the Internal Revenue Service from time to time; and (b) be deemed to be an administrative expense under 11 U.S.C. § 506(c).

6. Spehar's advances shall be collateralized by, and Spehar shall be repaid from, the Estate's recovery that results from the action or participation of special counsel, including, but not limited to, the pursuit of a cause of action by special counsel. By virtue of its Citation to Discover Assets, Spehar has a valid and perfected lien on the proceeds of any such recovery. If the Estate does not obtain any recovery, then Spehar's advances shall not be repaid.

7. Spehar shall share its Net Recovery with the Estate in accordance with the pro forma attached to the Application, which is also attached hereto as Exhibit A, and is incorporated herein by reference. Net Recovery shall mean the Estate's gross recovery, less any special counsel fees and expenses as approved by the Court, less the repayment of any amounts advanced to the Estate by Spehar.

8. The Trustee shall take all reasonable and appropriate actions to void all liens that are asserted to be superior to Spehar's valid and perfected lien in CMGT's assets and take all necessary or appropriate steps to assist any special counsel that the Estate retains in his evaluation of any causes of action that the special counsel has been retained to evaluate.

9. The Trustee shall provide Spehar with copies of any documents that have been produced to the Trustee. If the Trustee possesses these documents in an electronic format, the Trustee shall provide them to Spehar in an electronic format.

10. Spehar shall pay the Estate $1,500 for all of the Estate's right, title and interest in and to or derived from the Estate's software and intangibles, including, but not limited to, CMGT's proprietary "Absence Expert" and "Poster" software. Spehar's payment shall be due within 20 days of the delivery to Spehar of the computer code for, and a working copy of, the version of the aforementioned software that CMGT last used to service its customers as of August 1, 2003, or upon such other terms and conditions as Spehar and the Estate have agreed

in writing. If Spehar fails to pay the $1,500 the sale to Spehar shall be void, Spehar shall be deemed to forfeit repayment of its initial $5,000 advance to the Estate.

DATED: 9/2/05 SEP - 2 2005

_____
Hon. John Squires
United States Bankruptcy Judge

APPROVED AS TO FORM:

STEVEN A. KLENDA, LLC

_____
Steven A. Klenda, Esq. 08/31/2005
1600 Broadway, Suite 2600
Denver, CO 80202
Phone: (303) 832-1800
Fax: (303) 832-1800

ATTORNEY FOR
SPEHAR CAPITAL, LLC

DAVID E. GROCHOCINSKI

_____
David E. Grochocinski
1900 Ravinia Place
Orland Park, IL 60462
Phone: (708) 226-2700
Fax: (708) 226-9030

CHAPTER 7 TRUSTEE

Sharing Agreement Between CMGT TTEE & Spehar Capital, LLC

| | RECOVERY | | | | | SHARING AGREEMENT | | | |
|---|---|---|---|---|---|---|---|---|---|
| Gross Recovery [2] | Estate & Legal Expenses | Joyce % (of Gross) | Joyce Fee | Net of Estate & Legal Expenses & Joyce Fee | Estate % | Estate Recovery [3] | % Unsecured Recovered | Spehar Recovery [4] | % Judgment Recovered |
| **Settlement** | | | | | | | | | |
| $247,857 | $23,500 | 30% | $74,357 | $150,000 | 15.0% | $22,500 | 2% | $45,160 | 0.3% |
| $1,462,143 | $23,500 | | $438,643 | $1,000,000 | 6.0% | $150,000 | 14% | $767,660 | 5% |
| $2,890,714 | $23,500 | | $867,214 | $2,000,000 | | $210,000 | 20% | $1,707,660 | 10% |
| $4,319,286 | $23,500 | | $1,295,786 | $3,000,000 | | $270,000 | 25% | $2,647,660 | 16% |
| $5,747,857 | $23,500 | | $1,724,357 | $4,000,000 | | $330,000 | 31% | $3,587,660 | 21% |
| $7,176,429 | $23,500 | | $2,152,929 | $5,000,000 | | $380,000 | 36% | $4,527,660 | 27% |
| $8,605,000 | $23,500 | | $2,581,500 | $6,000,000 | 10.0% | $490,000 | 46% | $5,427,660 | 32% |
| $10,033,571 | $23,500 | | $3,010,071 | $7,000,000 | | $590,000 | 55% | $6,327,660 | 37% |
| $11,462,143 | $23,500 | | $3,438,643 | $8,000,000 | | $690,000 | 64% | $7,227,660 | 42% |
| $12,890,714 | $23,500 | | $3,867,214 | $9,000,000 | | $790,000 | 74% | $8,127,660 | 48% |
| $14,319,286 | $23,500 | | $4,295,786 | $10,000,000 | 15.0% | $890,000 | 83% | $9,027,660 | 53% |
| $15,747,857 | $23,500 | | $4,724,357 | $11,000,000 | | $1,040,000 | 97% | $9,877,660 | 58% |
| $17,176,429 | $23,500 | | $5,152,929 | $12,000,000 | | $1,190,000 | 111% | $10,727,660 | 63% |
| $21,462,143 | $23,500 | | $6,438,643 | $15,000,000 | | $1,600,000 | 149% | $13,317,660 | 78% |
| **Trial Award** | | | | | | | | | |
| $347,500 | $58,500 | 40% | $139,000 | $150,000 | 15.0% | $22,500 | 2% | $45,160 | 0.3% |
| $1,764,167 | $58,500 | | $705,667 | $1,000,000 | 6.0% | $150,000 | 14% | $767,660 | 5% |
| $3,430,833 | $58,500 | | $1,372,333 | $2,000,000 | | $210,000 | 20% | $1,707,660 | 10% |
| $5,097,500 | $58,500 | | $2,039,000 | $3,000,000 | | $270,000 | 25% | $2,647,660 | 16% |
| $6,764,167 | $58,500 | | $2,705,667 | $4,000,000 | | $330,000 | 31% | $3,587,660 | 21% |
| $8,430,833 | $58,500 | | $3,372,333 | $5,000,000 | | $390,000 | 36% | $4,527,660 | 27% |
| $10,097,500 | $58,500 | | $4,039,000 | $6,000,000 | 10.0% | $490,000 | 45% | $5,427,660 | 32% |
| $11,764,167 | $58,500 | | $4,705,667 | $7,000,000 | | $590,000 | 55% | $6,327,660 | 37% |
| $13,430,833 | $58,500 | | $5,372,333 | $8,000,000 | | $690,000 | 64% | $7,227,660 | 42% |
| $15,097,500 | $58,500 | | $6,039,000 | $9,000,000 | | $790,000 | 74% | $8,127,660 | 48% |
| $16,764,167 | $58,500 | | $6,705,667 | $10,000,000 | 12.0% | $890,000 | 83% | $9,027,660 | 53% |
| $18,430,833 | $58,500 | | $7,372,333 | $11,000,000 | | $1,010,000 | 94% | $9,907,660 | 58% |
| $20,097,500 | $58,500 | | $8,039,000 | $12,000,000 | | $1,130,000 | 105% | $10,787,660 | 63% |
| $25,097,500 | $58,500 | | $10,039,000 | $15,000,000 | | $1,490,000 | 139% | $13,427,660 | 79% |

[1] Per CMGT documents and representations.
[2] Any accepted Settlement or Trial Award will be a Lump Sum, not paid over time.
[3] Estate Recovery is capped at $1,600,000, after which 100% share goes to Spehar Capital, LLC.
[4] Spehar Recovery calculated net of expenses and billed legal costs of $82,340

# EXHIBIT E

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: ) Chapter 7
CMGT, INC., a Delaware ) Bankruptcy No. 04 B 31669
corporation, ) Judge John H. Squires
    Debtor. )

## ORDER FOR RELIEF UNDER CHAPTER 7

On consideration of the petition filed on <u>August 25, 2004</u>, against the above-named debtor, an order for relief under Chapter 7 of the Bankruptcy Code (Title 11 of the United States Code) is granted.

ENTERED:

Dated: <u>September 15, 2004</u>

/s/ JOHN H. SQUIRES
United States Bankruptcy Judge

cc: Steven A. Klenda, Esq.
L. Judson Todhunter, Esq.
Spehar Capital, LLC
Ira Bodenstein, United States Trustee