## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| DAVID GROCHOCINSKI, not individually but solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of CMGT, INC., | ) ) ) ) ) | |
| Plaintiff, | ) ) | No. 06 C 5486 |
| v. | ) ) | Judge Virginia M. Kendall |
| MAYER BROWN ROWE & MAW LLP, RONALD B. GIVEN and CHARLES W. TRAUTNER, | ) ) ) ) ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

To:   Edward T. Joyce
      Arthur W. Aufmann
      Robert D. Carroll
      Edward T. Joyce & Assoc., P.C.
      11 South LaSalle Street, Suite 1600
      Chicago, Illinois 60603

PLEASE TAKE NOTICE that on December 5, 2006 at 9:00 a.m, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Virginia M. Kendall, or any judge sitting in her stead, in the courtroom usually occupied by her at the United States District Court, 219 South Dearborn Street, Room 2319, Chicago, Illinois, and then and there present the attached Lawyer Defendants' Motion to Dismiss, a copy of which is hereby served upon you.

                            Respectfully submitted,

                            MAYER BROWN ROWE & MAW LLP AND
                            RONALD GIVEN


                            _____/s/ Stephen Novack_____
                                  One Of Their Attorneys

Stephen Novack
Mitchell L. Marinello
Steven J. Ciszewski
Novack and Macey LLP
100 N. Riverside Plaza
Chicago, IL 60606
(312) 419-6900

## CERTIFICATE OF SERVICE

Stephen Novack, an attorney, hereby certifies that he caused a true and correct copy of the

foregoing Notice of Motion to be served through the ECF system upon the following:

> Edward T. Joyce
> Arthur W. Aufmann
> Robert D. Carroll
> Edward T. Joyce & Assoc., P.C.
> 11 S. LaSalle St.
> Chicago, IL 60603

on this 30th day of November, 2006.

/s/ Stephen Novack