## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.5
## Eastern Division

David Grochocinski

                                  Plaintiff,

v.                                             Case No.: 1:06−cv−05486
                                                      Honorable Virginia M. Kendall

Mayer Brown Rowe & Maw LLP, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 4, 2006:

      MINUTE entry before Judge Virginia M. Kendall :Briefing schedule as to motion to dismiss[15] set as follows: Responses due by 12/19/2006. Replies due by 12/29/2006. The Court will rule by mail. The presentment date of 12/5/2006 for said motion is hereby stricken. Status hearing set for 1/30/2007 at 9:00 AM.Mailed notice(gmr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.