IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DISTRICT

| | |
|---|---|
| DAVID GROCHOCINSKI, not individually, but solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of CMGT, INC.<br>　　　　　Plaintiff,<br><br>　v.<br><br>MAYER BROWN ROWE & MAW LLP, RONALD B. GIVEN, and CHARLES W. TRAUTNER,<br><br>　　　　　Defendants. | No. 06 C 5486<br><br>Judge Virgina M. Kendall |

## NOTICE OF MOTION

To:　Steven Ciszewski
　　　Novak and Macey LLP
　　　100 N. Riverside Plaza
　　　Chicago, IL 60606

　　　**PLEASE TAKE NOTICE** that on Thursday, December 21, 2006 at 9:00 a.m., we shall appear before the Honorable Virgina M. Kendall, or any other Judge sitting in her stead, in Room 2319 of the Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached **Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Dismiss.**

Dated: December 15, 2006

　　　　　　　　　　　　　　　　　　　　　　　One of Plaintiffs' Attorneys.

　　　　　　　　　　　　　　　　　　　　　　　　/s// Robert D. Carroll

Edward T. Joyce
Arthur W. Aufmann
Robert D. Carroll
Edward T. Joyce & Associates, P.C.
11 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
(312) 641-2600

## CERTIFICATE OF SERVICE

I, Robert D. Carroll, an attorney, hereby certify that I caused a true copy of **Plaintiff's Motion for Extension of Time to Respond to Motion to Dismiss** to be served upon the counsel of record via email through the United States District Court Electronic Filing System this 15TH day of December, 2006.

                                                                             //s// Robert D. Carroll
                                                                                Robert D. Carroll