# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

David Grochocinski

                                        Plaintiff,

v.                                                      Case No.: 1:06–cv–05486
                                                        Honorable Virginia M. Kendall

Mayer Brown Rowe & Maw LLP, et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 19, 2006:

      MINUTE entry before Judge Virginia M. Kendall :Motion for extension of time to file response/reply regarding MOTION by Defendants Mayer Brown Rowe & Maw LLP, Ronald B Given to dismiss[15] [19] is granted as follows: Responses due by 1/5/2007. Replies due by 1/24/2007. The Court will rule by mail. Status hearing set for 1/30/2007 is stricken and reset to 2/22/2007 at 9:00 AM.Mailed notice(gmr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.