# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DISTRICT

| | |
|---|---|
| DAVID GROCHOCINSKI, not individually, but solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of CMGT, INC. <br>   Plaintiff, <br> v. <br> MAYER BROWN ROWE & MAW LLP, RONALD B. GIVEN, and CHARLES W. TRAUTNER, <br>   Defendants. | No. 06 C 5486 <br><br> Judge Virginia M. Kendall |

## NOTICE OF MOTION

To:   Stephen Novack
      Mitchell L. Marinello
      Steven J. Ciszewski
      Novack and Macey LLP
      100 N. Riverside Plaza
      Chicago, IL 60606

**PLEASE TAKE NOTICE** that on Thursday January 11, 2007 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before Honorable Virginia M. Kendall, or any judge sitting in her stead, in the courtroom usually occupied by her at the United States District Court, 219 South Dearborn Street, Room 2319, Chicago Illinois, and then and there present the attached **Plaintiff's Motion for Leave to File Oversized Brief *Instanter***, a copy of which is hereby served upon you.

Dated: January 5, 2007

Respectfully submitted,
DAVID GROCHOCINSKI, not individually, but solely as the trustee in bankruptcy, for THE ESTATE OF CMGT, INC.,

BY:      //s// Edward T. Joyce
            Plaintiff's attorneys

Edward T. Joyce
Arthur W. Aufmann
Robert D. Carroll
EDWARD T. JOYCE & ASSOC., P.C. - Atty No. 32513
11 South LaSalle Street, Ste., 1600
Chicago, Illinois 60603

**CERTIFICATE OF SERVICE**

      The undersigned attorney, certifies that on January 5, 2007, he caused this document to be served upon

            Stephen Novack
            Mitchell L. Marinello
            Steven J. Ciszewski
            Novack and Macey LLP
            100 N. Riverside Plaza
            Chicago, IL 60606

by electronically delivering a copy through the Court's CM/ECF filing system.

                                                            /s/ Robert D. Carroll