## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

DAVID GROCHOCINSKI, not individually )
but solely in his capacity as the Chapter 7 )
Trustee for the bankruptcy estate of )
CMGT, INC., )
                                                          )
           Plaintiff,         )    No. 06 C 5486
                                                          )
    v.                                               )    Judge Virginia M. Kendall
                                                          )
MAYER BROWN ROWE & MAW LLP, )
RONALD B. GIVEN and CHARLES W. )
TRAUTNER, )
                                                          )
          Defendants.      )

### NOTICE OF MOTION

To:    Edward T. Joyce
        Arthur W. Aufmann
        Robert D. Carroll
        Edward T. Joyce & Assoc., P.C.
        11 South LaSalle Street, Suite 1600
        Chicago, Illinois 60603

PLEASE TAKE NOTICE that on January 22, 2007 at 9:00 a.m, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Virginia M. Kendall, or any judge sitting in her stead, in the courtroom usually occupied by her at the United States District Court, 219 South Dearborn Street, Room 2319, Chicago, Illinois, and then and there present the attached Lawyer Defendants' Motion For Additional Time To File Reply Brief That Is The Same Length As Plaintiff's Response Brief, a copy of which is hereby served upon you.

                                                  Respectfully submitted,

                                                  MAYER BROWN ROWE & MAW LLP AND
                                                  RONALD GIVEN

                                                  /s/ Steven J. Ciszewski
                                                    One Of Their Attorneys

Stephen Novack
Mitchell L. Marinello
Steven J. Ciszewski
Novack and Macey LLP
100 N. Riverside Plaza
Chicago, IL 60606
(312) 419-6900

## **CERTIFICATE OF SERVICE**

Steven J. Ciszewski, an attorney, hereby certifies that he caused a true and correct copy of the foregoing **Notice of Motion** to be served through the ECF system upon the following:

>Edward T. Joyce
>Arthur W. Aufmann
>Robert D. Carroll
>EDWARD T. JOYCE & ASSOC., P.C.
>11 S. LaSalle St.
>Chicago, IL 60603

on this 16th day of January, 2006.

/s/ Steven J. Ciszewski