## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DISTRICT

| | |
|---|---|
| DAVID GROCHOCINSKI, not individually, but solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of CMGT, INC.<br><br>      Plaintiff,<br><br>v.<br><br>MAYER BROWN ROWE & MAW LLP, RONALD B. GIVEN, and CHARLES W. TRAUTNER,<br><br>      Defendants. | No. 06 C 5486<br><br>Judge Virginia M. Kendall |

### NOTICE OF MOTION

To:    Steven Ciszewski
         Novak and Macey LLP
         100 N. Riverside Plaza
         Chicago, IL 60606

      **PLEASE TAKE NOTICE** that on Thursday, February 8, 2007 at 9:00 a.m., we shall appear before the Honorable Virginia M. Kendall, or any other Judge sitting in her stead, in Room 2319 of the Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached **Plaintiff's Motion for Extension of Time to Serve Defendant Charles W. Trautner.**

Dated: February 2, 2007

                                                              One of Plaintiff's Attorneys

                                                             /s/ Robert D. Carroll

Edward T. Joyce
Arthur W. Aufmann
Robert D. Carroll
Edward T. Joyce & Associates, P.C.
11 S. LaSalle Street, Suite 1600
Chicago, Illinois 60603
(312) 641-2600
Atty. No. 32513

## **CERTIFICATE OF SERVICE**

      I, Robert D. Carroll, an attorney, hereby certify that I caused a true copy of **Plaintiff's Motion for Extension of Time to Serve Defendant Charles W. Trautner** to be served upon the counsel of record via email through the United States District Court Electronic Filing System this 2nd day of February, 2007.

                                        /s/ Robert D. Carroll
                                          Robert D. Carroll