## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DISTRICT

| | |
|---|---|
| DAVID GROCHOCINSKI, not individually, but solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of CMGT, INC.<br>   Plaintiff,<br><br>v.<br><br>MAYER BROWN ROWE & MAW LLP, RONALD B. GIVEN, and CHARLES W. TRAUTNER,<br><br>   Defendants. | No. 06 C 5486<br><br>Judge Virginia M. Kendall |

### NOTICE OF MOTION

To: Steven Ciszewski
   Novak and Macey LLP
   100 N. Riverside Plaza
   Chicago, IL 60606

  **PLEASE TAKE NOTICE** that on Tuesday, April 17, 2007 at 9:00 a.m., we shall appear before the Honorable Virginia M. Kendall, or any other Judge sitting in her stead, in Room 2319 of the Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached **Plaintiff's Motion for a Second Extension of Time to Serve Defendant Charles W. Trautner.**

Dated: April 9, 2007

                One of Plaintiff's Attorneys

                 /s/ Robert D. Carroll

Edward T. Joyce
Arthur W. Aufmann
Robert D. Carroll
Edward T. Joyce & Associates, P.C.
11 S. LaSalle Street, Suite 1600
Chicago, Illinois 60603
(312) 641-2600
Atty. No. 32513

## CERTIFICATE OF SERVICE

      I, Robert D. Carroll, an attorney, hereby certify that I caused a true copy of **Plaintiff's Motion for a Second Extension of Time to Serve Defendant Charles W. Trautner** to be served upon the counsel of record via email through the United States District Court Electronic Filing System this 9th day of April, 2007.

                                        /s/ Robert D. Carroll
                                          Robert D. Carroll