# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DISTRICT

| | | |
|---|---|---|
| DAVID GROCHOCINSKI, not individually, but solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of CMGT, INC.<br><br>    Plaintiff,<br><br>v.<br><br>MAYER BROWN ROWE & MAW LLP, RONALD B. GIVEN, and CHARLES W. TRAUTNER,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06 C 5486<br><br>Judge Virginia M. Kendall |

## NOTICE OF RULE 41(a)(1)(i) VOLUNTARY DISMISSAL, WITHOUT PREJUDICE

To:    All counsel of record.

**PLEASE TAKE NOTICE** that DAVID GROCHOCINSKI, in his capacity as the Chapter 7 Trustee for the bankruptcy estate of CMGT, Inc. in the above-captioned action, voluntarily dismisses the action against Defendant CHARLES W. TRAUTNER without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, permitting such dismissal without order of court at any time before service by Charles W. Trautner of any answer or motion for summary judgment.

Dated: June 8, 2007

Respectfully submitted,

DAVID GROCHOCINSKI, not individually, but solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of CMGT, INC.

By:     /s/ Robert D. Carroll
        One of his attorneys.

Edward T. Joyce
Arthur W. Aufmann
Robert D. Carroll
Edward T. Joyce & Associates, P.C.
11 S. LaSalle Street, Suite 1600
Chicago, Illinois 60603
(312) 641-2600
Atty. No. 32513

**CERTIFICATE OF SERVICE**

      I, Robert D. Carroll, an attorney, hereby certify that I caused a true and correct copy of the foregoing **NOTICE OF DISMISSAL, WITHOUT PREJUDICE** to be served upon the counsel of record via email through the United States District Court Electronic Filing System this 8th day of June, 2007.

                                            /s/ Robert D. Carroll
                                            Robert D. Carroll