# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 5486 | **DATE** | 6/12/2007 |
| **CASE TITLE** | David Grochocinski vs. Mayer Brown Rowe & Maw, LLP, et al. | | |

**DOCKET ENTRY TEXT**

Pursuant to the Notice of Rule 41(a)(1)(I) Voluntary Dismissal Without Prejudice, Defendant Charles W. Trautner is hereby dismissed without prejudice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GR |
|---|---|---|

06C5486 David Grochocinski vs. Mayer Brown Rowe & Maw, LLP, et al.   Page 1 of 1

Dockets.Justia.com