# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 5486 | **DATE** | 6/28/2007 |
| **CASE TITLE** | David Grochocinski vs. Mayer Brown Rowe & Maw LLP, et al. | | |

**DOCKET ENTRY TEXT**

For the reasons set out in the Memorandum Opinion and Order, the Lawyer Defendants' Motion to Dismiss [15] is granted in part and denied in part.

■ [ For further detail see separate order(s).]                                                    Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | GR |
|---|---|---|

06C5486 David Grochocinski vs. Mayer Brown Rowe & Maw LLP, et al.                                           Page 1 of 1

Dockets.Justia.com