## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DAVID GROCHOCINSKI, not individually but solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of CMGT, INC., ) ) ) ) ) | |
| Plaintiff, ) | No. 06 C 5486 |
| ) | |
| v. ) | Judge Virginia M. Kendall |
| ) | |
| MAYER BROWN ROWE & MAW LLP and RONALD B. GIVEN ) ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

To:　Edward T. Joyce
　　　Arthur W. Aufmann
　　　Robert D. Carroll
　　　Edward T. Joyce & Assoc., P.C.
　　　11 South LaSalle Street, Suite 1600
　　　Chicago, Illinois 60603

　　　PLEASE TAKE NOTICE that on July 19, 2007 at 9:00 a.m, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Virginia M. Kendall, or any judge sitting in her stead, in the courtroom usually occupied by her at the United States District Court, 219 South Dearborn Street, Room 2319, Chicago, Illinois, and then and there present Defendants' Motion To Reconsider And/Or For Other Relief, a copy of which has been served upon you by electronic means.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　MAYER BROWN ROWE & MAW LLP AND
　　　　　　　　　　　　　　　　　　　RONALD GIVEN

　　　　　　　　　　　　　　　　　　　　　/s/ Stephen Novack
　　　　　　　　　　　　　　　　　　　　　One Of Their Attorneys

Stephen Novack
Mitchell L. Marinello
Steven J. Ciszewski
Novack and Macey LLP
100 N. Riverside Plaza
Chicago, IL 60606
(312) 419-6900

## CERTIFICATE OF SERVICE

Stephen Novack, an attorney, hereby certifies that he caused a true and correct copy of the foregoing Notice of Motion and Defendants' Motion To Reconsider And/Or For Other Relied to be served through the ECF system upon the following:

>Edward T. Joyce
>Arthur W. Aufmann
>Robert D. Carroll
>Edward T. Joyce & Assoc., P.C.
>11 S. LaSalle St.
>Chicago, IL 60603

on this 13th day of July, 2007.

/s/ Stephen Novack