IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DISTRICT

| | |
|---|---|
| DAVID GROCHOCINSKI, not individually, but solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of CMGT, INC.<br>        Plaintiff,<br><br>v.<br><br>MAYER BROWN ROWE & MAW LLP, RONALD B. GIVEN, and CHARLES W. TRAUTNER,<br>        Defendants. | No. 06 C 5486<br><br>Judge Virginia M. Kendall |

## NOTICE OF MOTION

To:   Stephen Novack
Mitchell L. Marinello
Steven J. Ciszewski
Novack and Macey LLP
100 N. Riverside Plaza
Chicago, IL 60606

**PLEASE TAKE NOTICE** that on Thursday September 6, 2007 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before Honorable Virginia M. Kendall, or any judge sitting in her stead, in the courtroom usually occupied by her at the United States District Court, 219 South Dearborn Street, Room 2319, Chicago Illinois, and then and there present the attached **Plaintiff's Motion to Strike Portions of Defendants' Reply in Support of Their Motion to Reconsider**, a copy of which is hereby served upon you.

Dated: August 30, 2007

                                                Respectfully submitted,
                                                DAVID GROCHOCINSKI, not individually, but solely as the trustee in bankruptcy, for THE ESTATE OF CMGT, INC.,

                                                BY:    //s// Robert D. Carroll
                                                                 Plaintiff's attorneys

Edward T. Joyce
Arthur W. Aufmann
Robert D. Carroll
EDWARD T. JOYCE & ASSOC., P.C. - Atty No. 32513
11 South LaSalle Street, Ste., 1600
Chicago, Illinois 60603

**CERTIFICATE OF SERVICE**

 The undersigned attorney, certifies that on August 30, 2007, he caused this document to be served upon

>Stephen Novack
>Mitchell L. Marinello
>Steven J. Ciszewski
>Novack and Macey LLP
>100 N. Riverside Plaza
>Chicago, IL 60606

by electronically delivering a copy through the Court's CM/ECF filing system.

             /s/ Robert D. Carroll