## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division


David Grochocinski

                         Plaintiff,

v.                                            Case No.: 1:06–cv–05486
                                            Honorable Virginia M. Kendall

Mayer Brown Rowe & Maw LLP, et al.

                         Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, September 5, 2007:

      MINUTE entry before Judge Virginia M. Kendall :Motion to strike [55] is denied. The presentment date of 9/6/2007 for said motion is hereby stricken. Oral argument set for 9/13/2007 at 10:00 AM. Said hearing is set for 30 minutes (15 minutes per side). Mailed notice(gmr, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.