## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DISTRICT

| | |
|---|---|
| DAVID GROCHOCINSKI, not individually, but solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of CMGT, INC. )<br><br>Plaintiff, )<br><br>v. )<br><br>MAYER BROWN ROWE & MAW LLP, RONALD B. GIVEN, and CHARLES W. TRAUTNER, )<br><br>Defendants. ) | No. 06 C 5486<br><br>Judge Virginia M. Kendall |

### NOTICE OF MOTION

To: Stephen Novack
    Mitchell L. Marinello
    Steven J. Ciszewski
    **NOVACK AND MACEY LLP**
    100 N. Riverside Plaza
    Chicago, IL 60606

**PLEASE TAKE NOTICE** that on Wednesday, September 26, 2007 at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before Honorable Virginia M. Kendall, or any judge sitting in her stead, in the courtroom usually occupied by her at the United States District Court, 219 South Dearborn Street, Room 2319, Chicago Illinois, and then and there present the attached **PLAINTIFF'S MOTION FOR LEAVE TO CITE ADDITIONAL, PREVIOUSLY UNAVAILABLE AUTHORITY DURING ORAL ARGUMENT**, a copy of which is hereby served upon you.

Dated: September 18, 2007

Respectfully submitted,
DAVID GROCHOCINSKI, not individually, but solely as the trustee in bankruptcy, for THE ESTATE OF CMGT, INC.,

BY:     //s// Robert D. Carroll
           Plaintiff's attorneys

Edward T. Joyce
Arthur W. Aufmann
Robert D. Carroll
EDWARD T. JOYCE & ASSOC., P.C. - Atty No. 32513
11 South LaSalle Street, Ste., 1600
Chicago, Illinois 60603

#### CERTIFICATE OF SERVICE

    The undersigned attorney, certifies that on September 18, 2007, he caused **PLAINTIFF'S MOTION FOR LEAVE TO CITE ADDITIONAL, PREVIOUSLY UNAVAILABLE AUTHORITY DURING ORAL ARGUMENT** and **NOTICE OF MOTION** to be served upon

        Stephen Novack
        Mitchell L. Marinello
        Steven J. Ciszewski
        **NOVACK AND MACEY LLP**
        100 N. Riverside Plaza
        Chicago, IL 60606

by electronically delivering a copy through the Court's CM/ECF filing system.

                                                      /s/ Robert D. Carroll