# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

David Grochocinski

                        Plaintiff,

v.                                         Case No.: 1:06−cv−05486
                                         Honorable Virginia M. Kendall

Mayer Brown Rowe & Maw LLP, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 30, 2007:

      MINUTE entry before Judge Virginia M. Kendall :Status hearing held. For the reasons stated on the record in open court, motion for reconsideration [50] is denied. Discovery regarding "unclean hands" ordered closed by 1/28/2008. Any motion for summary judgment shall be filed by 2/28/2008. Responses due by 3/28/2008. Replies due by 4/11/2008. Mailed notice(gmr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.