## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DISTRICT

| | |
|---|---|
| DAVID GROCHOCINSKI, not individually, but solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of CMGT, INC.    )<br>)<br>)<br>)<br>Plaintiff,    )<br>)<br>v.    )<br>)<br>MAYER BROWN ROWE & MAW LLP, RONALD B. GIVEN, and CHARLES W. TRAUTNER,    )<br>)<br>)<br>)<br>Defendants.    ) | No. 06 C 5486<br><br>Judge Virginia M. Kendall |

### PLAINTIFF'S REQUEST TO ADMIT TO
### DEFENDANT MAYER BROWN ROWE & MAW LLP

Plaintiff, by his attorneys, requests pursuant to Federal Rule of Civil Procedure 36, that defendant Mayer Brown Rowe & Maw LLP admit or deny the following facts within 30 days after service of these Requests to Admit.

**Request No. 1**: The default judgment that Spehar Capital LLC obtained against CMGT, Inc. on March 18, 2004 was obtained as a result of Mayer Brown Rowe & Maw, LLP's negligence.

**ANSWER:**

        Respectfully submitted,
        DAVID GROCHOCINSKI, not individually,
        but solely in his capacity as the Chapter 7
        Trustee for the bankruptcy estate of
        CMGT, INC.

        By:_____\\s\\ Robert D. Carroll_____
                Plaintiff's attorneys

Edward T. Joyce
Robert D. Carroll
Edward T. Joyce & Associates, P.C. - Atty No. 32513
11 South LaSalle Street, Ste., 1600
Chicago, Illinois 60603

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on November 6, 2007, he caused the attached **PLAINTIFF'S REQUEST TO ADMIT TO DEFENDANT MAYER BROWN ROWE & MAW LLP** to be served upon

>Stephen Novack
>Mitchell L. Marinello
>Steven J. Ciszewski
>**NOVACK AND MACEY LLP**
>100 N. Riverside Plaza
>Chicago, IL 60606

via electronically delivering through the Court's CM/ECF filing system.

_____/s/ Robert D. Carroll_____