## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DISTRICT

| | | |
|---|---|---|
| DAVID GROCHOCINSKI, not individually, but solely in his capacity as the Chapter 7 Trustee for the bankruptcy estate of CMGT, INC. | ) ) ) ) | |
| Plaintiff, | ) ) | No. 06 C 5486 |
| v. | ) ) | Judge Virginia M. Kendall |
| MAYER BROWN ROWE & MAW LLP, RONALD B. GIVEN, and CHARLES W. TRAUTNER, | ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S REQUEST TO ADMIT TO DEFENDANT RONALD B. GIVEN**

Plaintiff, by his attorneys, requests pursuant to Federal Rule of Civil Procedure 36, that defendant Ronald B. Given admit or deny the following facts within 30 days after service of these Requests to Admit.

**Request No. 1**: The default judgment that Spehar Capital LLC obtained against CMGT, Inc. on March 18, 2004 was obtained as a result of Ronald B. Given's negligence.

**ANSWER:**

                                                  Respectfully submitted,
                                                  DAVID GROCHOCINSKI, not individually,
                                                  but solely in his capacity as the Chapter 7
                                                  Trustee for the bankruptcy estate of
                                                  CMGT, INC.

                                                  By:_____\\s\\ Robert D. Carroll_____
                                                            Plaintiff's attorneys

Edward T. Joyce
Arthur W. Aufmann
Robert D. Carroll
EDWARD T. JOYCE & ASSOC., P.C. - Atty No. 32513
11 South LaSalle Street, Ste., 1600
Chicago, Illinois 60603

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on November 6, 2007, he caused the attached **PLAINTIFF'S REQUEST TO ADMIT TO DEFENDANT RONALD B. GIVEN** to be served upon

>Stephen Novack
>Mitchell L. Marinello
>Steven J. Ciszewski
>**NOVACK AND MACEY LLP**
>100 N. Riverside Plaza
>Chicago, IL 60606

via electronically delivering through the Court's CM/ECF filing system.

_____/s/ Robert D. Carroll_____