# United States District Court
## Northern District of Illinois
### Eastern Division

GROCHOCINSKI  **JUDGMENT IN A CIVIL CASE**

v.  Case Number: 06 C 5486

MAYER BROWN ROWE & MAW
LLP et al

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that summary judgment is entered in favor of defendants et al and against plaintiff Grochocinski. This action is dismissed in its entirety.

Michael W. Dobbins, Clerk of Court

Date: 3/31/2010  _____
/s/ J. Smith, Deputy Clerk